# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, v. DONALD BERNARD TALLEY, Defendants. | Case No. 4:97-CR-40113-DLJ-1 and 4:99-CR-40235-SBA-1 **ORDER CONSTRUING LETTER AS MOTION FOR RECONSIDERATION OF RESTITUTION; ORDERING GOVERNMENT AND PROBATION OFFICE TO RESPOND ON OR BEFORE JANUARY 11, 2019** [Re: ECF 21] |

On November 16, 2018, Defendant Donald Bernard Talley filed a letter with this Court requesting that his restitution payment be permanently suspended or, in the alternative, paid directly to the Court. *See* ECF 21. The Court construes this letter to be a motion for reconsideration of restitution and ORDERS the government and the probation office to file a response **on or before January 11, 2019**.

**IT IS SO ORDERED.**

Dated: December 3, 2018

_____
BETH LABSON FREEMAN
United States District Judge